UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE PRICE, individually and as the personal representative and administrator of the estate of Jeffrey Price, Jr., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PEARSON, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-1272 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

In accordance with the oral rulings issued by the Court at the motions hearing held on the same date, it is hereby

**ORDERED** that the Defendants' Motion to Strike the Complaint, ECF No. 5, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent it seeks to dismiss the plaintiffs' Complaint. The motion is **DENIED** in all other respects. It is further

**ORDERED** that the Plaintiffs' Motion for Limited Discovery, ECF No. 13, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the Plaintiff[s'] Motion to Amend Complaint, ECF No. 17, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 28th day of February, 2020.

                                                            REGGIE B. WALTON
                                                            United States District Judge