IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
Denise Price, et. al.              :
                                   :
    Plaintiffs                     :
                                   :
v.                                 :  CA # : 19-cv-01272- RBW
                                   :
Officer Michael Pearson, et. al.   :
                                   :
_____:

MOTION TO RECONSIDER PURSUANT TO FRCP # 59 & 60 TO
PRESERVE PLAINTIFFS' COUNTS WHICH HAVE ONE YEAR STATUTE
OF LIMITATIONS

This Motion for Reconsideration is filed pursuant to Rules 59 & 60 to alter and/or amend this Court's February 28, 2020 decision to Dismiss Plaintiffs' Claims, such that the Court alter its decision to dismiss and instead grant Plaintiffs leave to Amend their original complaint or such other relief which accomplishes the same. The critical issue which this Motion To Reconsider addresses is Plaintiffs plan to preserve the rights to proceed with their counts which have a statute of limitations of one year under Case number 19-1272 which has been filed anew as Case number 20-00614. It is essential that Plaintiffs preserve their rights to proceed with the counts which have a one year Statute of Limitations which include State Law Claims of Assault, Battery, Intentional Infliction of Emotional Distress,

and as well as those Federal Claims sounding in one year torts limitations such as Unreasonable Seizure by Excessive Force and various aspects of Plaintiff's Monell claims which assert patterns and practices of intentional torts consistent with Assault, Battery and Excessive Force.   Dismissing these claims that have one year of statute limitations counts unreasonably threatens Plaintiffs rights to important claims and eviscerates their day in Court on essential elements of their claim notwithstanding this court's avowed language to preserve them by permission to refile.

In support thereof, Plaintiffs are filing this Motion and their Memorandum of Points and Authorities relevant hereto.

Submitted by:


_____/s/_____

David L. Shurtz, Esq.
Counsel for Plaintiffs
1200 N. Nash Street, # 835
Arlington, VA  22209
(202) 617-9141

## CERTIFICATE OF SERVICE

I, hereby certify, that a copy of the foregoing Motion and Memorandum were sent by this Court's electronically filed process approved by this court to all counsel listed on this case on March 25, 2020.

_____/s/_____

David L. Shurtz, Counsel for Plaintiffs