UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE PRICE, individually and as the personal representative and administrator of the estate of Jeffrey Price, Jr., et al., <br><br> Plaintiffs, <br> v. <br><br> MICHAEL PEARSON, et al., <br><br> Defendants. | Civil Action No. 19-1272 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on the same date, it is hereby

**ORDERED** that the Motion to Reconsider Pursuant to FRCP # 59 & 60 to Preserve Plaintiffs' Counts Which Have One Year Statute of Limitations, ECF No. 22, is **DENIED**.

**SO ORDERED** this 11th day of June, 2020.

REGGIE B. WALTON
United States District Judge